

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Patrick Brandon Jr., Appellant

No. 06-21-00086-CR      v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 47992-A). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgments of the court below. Therefore, we modify the trial court's judgment memorializing Brandon's conviction of possession of a controlled substance with intent to deliver (Count I) and the bill of costs associated with it by deleting the $15.00 time payment fee contained in the total costs in the judgment. We also modify the judgment memorializing Brandon's conviction of possession of a controlled substance with the intent to deliver (Count I) to reflect that Brandon pled "true" to the State's enhancement paragraph rather than "not true." As modified, the judgments of the trial court are affirmed.

We note that the appellant, Patrick Brandon, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 4, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk